**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Sean Raimbeault and Lori-Ann Raimbeault,   )<br>                                                                       )<br>                         Plaintiffs,                    )<br>                                                                       )     C.A. No.: 2:13-CV-01710-PMD<br>              v.                                                    )<br>                                                                       )<br>Accurate Machine & Tool, LLC and           )<br>Sunbelt Diversified Enterprises, LLC,         )     **ORDER**<br>                                                                       )<br>                         Defendants.                  )<br>                                                                       )<br>_____) | |

       By Text Order dated November 7, 2013, this matter was stayed pending the United States Supreme Court's disposition of *In re Atlantic Marine Construction Co.*, 701 F.3d 736 (5th Cir. 2012), *cert. granted*, 133 S. Ct. 1748 (2013), *rev'd sub nom. Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Tex.*, No. 12-929, 2013 WL 6231157 (U.S. Dec. 3, 2013). In light of the Supreme Court issuance of its decision in *Atlantic Marine Construction Co. v. United States District Court for the Western District of Texas*, No. 12-929, 2013 WL 6231157 (U.S. Dec. 3, 2013), the stay is lifted. Accordingly, the Parties are directed to file supplemental briefs presenting their positions on the impact and applicability of the Supreme Court's decision.

       Plaintiffs shall file their supplemental briefing by December 17, 2013. Defendants shall file their response by January 6, 2014. No reply shall be permitted except with leave of the Court.

2

For the foregoing reasons, it is hereby **ORDERED** that the Court's November 7, 2013 Text Order staying this matter is **VACATED** and the Parties are **ORDERED** to file supplemental briefing as set forth above.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

**December 3, 2013**
**Charleston, South Carolina**